WILLIAM M. TERRY & CO. *vs.* ALLEN B. BATES.

*Third Judicial District.*

[Argued October 25th—decided November 7th, 1893.]

APPEAL by the plaintiffs from a judgment for defendant rendered by the Court of Common Pleas (*Curtis, J.*), of Fairfield County, in an action for fraud in obtaining goods. The trial court found that the defendant in his dealings with the plaintiffs had no intent to defraud them.

*Jos. A. Gray,* for the appellants (plaintiff.)

*James H. Olmstead,* for the appellee (defendant.)

By the Court : No error ; judgment affirmed.   Opinion by *Andrews, C. J.*   All concur.   Opinion filed with the clerk of the Court of Common Pleas, Fairfield County.